FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 04 2025

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | No. 4:25CR 00209 DPM |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 922(n) |
| ALEX BAZZELLE | ) | 18 U.S.C. § 924(a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 30, 2025, in the Eastern District of Arkansas, the defendant,

ALEX BAZZELLE,

knowingly possessed a machinegun, that is: a Glock, Model 19, 9mm semi-automatic firearm, bearing serial number AHDM124, equipped with a machinegun conversion device, which enabled the weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Section 922(o).

### COUNT 2

On or about June 30, 2025, in the Eastern District of Arkansas, the defendant,

ALEX BAZZELLE,

who was then under felony information for crimes punishable by imprisonment for a term exceeding one year, including the following:

1. Possession of a Firearm by a Minor, in Pulaski County, AR, Criminal Case No. 60 CR 24-1724, filed on April 29, 2024;

2. Theft by Receiving and Fleeing, in Pulaski County, AR, Criminal Case No. 60 CR 25-1223, filed on March 26, 2025;

3. Domestic Battery and Terroristic Threatening, in Pulaski County, AR, Criminal Case No. 60 CR 25-1494, filed on April 11, 2025; and

4. Domestic Battery and Interference with Electronic Communication, in Pulaski County, AR, Criminal Case No. 60 CR 25-2589, filed on April 4, 2025,

did willfully receive a firearm, that is, Glock, Model 19, 9mm semi-automatic firearm, bearing serial number AHDM124, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(n) and 924(a)(l)(D).

### FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count 1 or 2 of this Indictment, the defendant, ALEX BAZZELLE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page to follow.]

U.S. v. Alex Bazzelle Page 2 of 3

☐    NO TRUE BILL.          ☑    TRUE BILL.

## REDACTED SIGNATURE



FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: Bart Dickinson
Assistant United States Attorney
Bar No. 98143
425 W. Capitol Ave, Suite 500
Little Rock, Arkansas 72203
(501) 340-2600
Bart.dickinson@usdoj.gov

U.S. v. Alex Bazzelle Page **3** of **3**