# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                             NO.   4:25-CR-00209

ALEX BAZZELLE

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the ARKANSAS STATE HOSPITAL and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of ALEX BAZZELLE detained in the ARKANSAS STATE HOSPITAL, Little Rock, AR in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on November 20, 2025 at 2:00 PM,   in Little Rock, Arkansas, before the Honorable Judge Joe J. Volpe, and after the proceedings have been concluded, that you return ALEX BAZZELLE to ARKANSAS STATE HOSPITAL under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 17 November 2025.

_____
UNITED STATES MAGISTRATE JUDGE